BEFORE THE SECOND DIVISION, FEBRUARY 21, 1949

**No. 52889.**—Railway Express Agency, Inc. v. United States, petition 6541–R (Tampa).

Opinion by LAWRENCE, J. From an examination of the record the court was satisfied that the entry of the merchandise at a less value than that returned upon final appraisement was without any intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

BEFORE THE FIRST DIVISION, FEBRUARY 24, 1949

**No. 52890.**—Balfour, Guthrie & Co., Ltd., et al. v. United States, protests 63763–K, etc. (San Francisco).

Opinion by COLE, J. The protests were dismissed.

BEFORE THE SECOND DIVISION, FEBRUARY 24, 1949

**No. 52891.**—Freedman & Slater, Inc., et al. v. United States, protests 939926–G (A), etc. (New York).

Opinion by LAWRENCE, J. It was stipulated that the merchandise consists of vertical field balances similar in all material respects to the merchandise the subject of Abstract 52267 and *American Askania Corporation* v. *United States* (21 Cust. Ct. 26, C. D. 1121). Since submitting the case upon stipulation, counsel for plaintiffs abandoned protest 939926–G (A)/47618. The abandoned protest was therefore dismissed. With regard to the two remaining protests, i. e., protests 939926–G (B)/47486 and 964550–G/50572, following the cited authorities, the claim of the plaintiffs was sustained.